|  |  |
|---|---|
| ) | |
| ) | |
| BARRY BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CV-333-JAR |
| ) | |
| TROY STEELE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration (Doc. 23). Plaintiff requests that the Court reconsider its September 2, 2014 Order denying Plaintiff's Motion for Appointment of Counsel (Doc. 20). Plaintiff's request for appointment of counsel was considered in light of the relevant factors in *Battle v. Armontrout*, 902 F.2d 701, 702 (8th Cir. 1990). The Court finds nothing in Plaintiff's motion or in the record to cause it to reconsider its ruling at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 23) is **DENIED**.

Dated this 27th day of October, 2014.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**