UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARRY BAKER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14-CV-333-JAR |
| TROY STEELE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Supplement Sur-Reply (Doc. 41). In his motion, Plaintiff requests that Court allow him to supplement his sur-reply on the limited issue of exhaustion. However, Plaintiff has not filed a sur-reply. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Supplement his Sur-Reply (Doc. 41) is **GRANTED, in part.** To the extent the Court construes Plaintiff's Motion as a Motion for Leave to File Sur-Reply, Plaintiff may file a sur-reply on or before **March 3, 2015.** Plaintiff may, at that time, include the arguments and exhibit he has included in his current Motion.

Dated this 17th day of February, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**